IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY HARRIS,

    Plaintiff,

v.              CASE NO. 4:15cv366-RH/CAS

STATE OF FLORIDA, DADE COUNTY,
CITY OF APALOCKA et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged that he is in imminent danger of serious physical injury. The objections do not—and could not reasonably—deny this.

The plaintiff asserts, though, that his strikes resulted from erroneous— indeed, unconstitutional—rulings of the United States District Court for the

Southern District of Florida.  Any appeal from a Southern District ruling lies to the United States Court of Appeals for the Eleventh Circuit, not to this court.  In applying the three-strikes provision, a district court does not properly reevaluate the correctness of a prior dismissal; the issue is only whether a prior case was dismissed and the stated basis for the dismissal.  Here the plaintiff has more than three strikes and cannot proceed in forma pauperis.

     Accordingly,

     IT IS ORDERED:

     The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

     SO ORDERED on September 20, 2015.

                                           s/Robert L. Hinkle
                                           United States District Judge